UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY KOLOSETA PITOAU,<br><br>         Petitioner,<br><br>v.<br><br>SEAN MOORE, Warden, et al.,<br><br>         Respondents. | Case No.: 22cv1677-MMA(MSB)<br><br>**ORDER GRANTING EX PARTE MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR MOTION TO DISMISS [ECF NO. 4]** |

  On December 27, 2022, Respondents filed an "Ex Parte Motion for an Enlargement of Time to File Answer or Motion to Dismiss and Declaration in Support." (See ECF No. 4.)  Respondents explain they have obtained and started to review Petitioner's state court records, which include more than thirty volumes of transcripts. (Id. at 1.)  The deputy attorney general assigned to the case has begun drafting an Answer, which he believes is the appropriate response.  (Id. at 3.)  Due to the voluminous records, counsel's intervening due dates, and a pre-planned vacation, Respondents ask for a thirty-day extension to assist with "review and preparation of the documents and records for this court's use."  (Id.)

/ / /

/ / /

/ / /

Finding good cause for Respondents' request, the Court **GRANTS** the Motion as follows:

1. Respondents must file an Answer or Motion to Dismiss no later than **February 2, 2023.**

2. Petitioner may file an Opposition or Traverse no later than **March 3, 2023.**

**IT IS SO ORDERED.**

Dated: December 28, 2022

Michael S. Berg
United States Magistrate Judge